# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-439
LT Case No. 2021-000425-FD-A

_____

CERROW MATTHEWS,

    Appellant,

    v.

BELENA NORTON, LINDSEY
NORTON, AND FLOYD BENNETT,

    Appellees.

_____

On appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Charles A. Esposito, Palm Coast, for Appellant.

No Appearance for Appellees.

[Date]

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., PRATT and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____